TEN EYCK, Appellant, v. GAYNOR, Mayor, Respondent. (Supreme Court, Appellate Division, First Department. May 20, 1910.) Action by William H. Ten Eyck against William J. Gaynor, Mayor, etc. S. Strasbourger, for appellant. T. Farley, for respondent. PER CURIAM. Order affirmed, with $10 costs and disbursements, on the authority of People ex rel. Green v. Van Wyck, 159 N. Y. 509, 54 N. E. 31. Order filed. See, also, 122 N. Y. Supp. 94.

LAUGHLIN, J., dissents.

TERRY, Respondent, v. PURDY, Appellant. (Supreme Court, Appellate Division, Second Department. May 26, 1910.) Action by James Terry against Charles I. Purdy, as executor, etc., of Henry Terry, deceased. PER CURIAM. Judgment reversed, with costs to the appellant. Order of reference vacated, with leave to the parties to proceed before a new referee, or, if they so elect, to have the validity of the claim determined upon the final accounting before the Surrogate. The judgment appealed from is reversed upon the following grounds: First, that the evidence is not of the clear and convincing character necessary to establish claims of this nature; second, that the referee erred in admitting in evidence alleged statements and declarations of Charles Terry; and, third, that the referee erred in admitting evidence of personal transactions between the claimant and Henry Terry, deceased.

HIRSCHBERG, P. J., dissents.

TEUTONIA FIRE INS. CO. OF ALLEGHENY, PA., Respondent, v. BEALS, Appellant. (Supreme Court, Appellate Division, Second Department. May 26, 1910.) Action by the Teutonia Fire Insurance Company of Allegheny, Pennsylvania, against Hallock W. Beals. No opinion. Judgment and order affirmed, with costs.

THEDFORD, Appellant, v. HERBERT, Respondent. (Supreme Court, Appellate Division, First Department. June 10, 1910.) Action by James Thedford against Henry L. Herbert. G. H. Fletcher, for appellant. L. E. Warren, for respondent. PER CURIAM. Judgment and order affirmed, with costs, on 135 App. Div. 174, 119 N. Y. Supp. 1025. Order filed.

McLAUGHLIN, J., dissents, on 195 N. Y. 63, 87 N. E. 798.

THOMA v. RODGERS. (Supreme Court, Appellate Division, First Department. June 10, 1910.) Action by Catherine V. Thoma against Agnes J. Rodgers, individually, etc. W. E. Benjamin, for plaintiff. L. M. Sonnenberg, for defendant. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

THOMPSON, Appellant, v. GERMANIA SAVINGS BANK, KINGS COUNTY, Respondent. (Supreme Court, Appellate Division, Second Department. June 10, 1910.) Action by George Thompson, as executor, etc., of Magdalene Meinert, deceased, against the Germania Savings Bank, Kings County. No opinion. Appeal dismissed on argument, without costs.

THOMSON et al., Appellants, v. MORSE, Respondent. (Supreme Court, Appellate Division, First Department. May 20, 1910.) Action by George E. Thomson and others against Charles W. Morse. D. Davis, for appellants. D. C. Hirsch, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

THORNE, Appellant, v. AMERICAN BRAKE SHOE & FOUNDRY CO., Respondent. (Supreme Court, Appellate Division, Second Department. June 10, 1910.) Action by Frank Thorne against the American Brake Shoe & Foundry Company. No opinion. Judgment unanimously affirmed, with costs.

THORNE et al., Appellants, v. CAREY et al., Respondents. (Supreme Court, Appellate Division, Second Department. May 26, 1910.) Action by Richard Van Wyck Thorne and others against Henry T. Carey and others. No opinion. Judgment affirmed, with costs. See, also, 121 N. Y. Supp. 1149.

TOMANELLO, Respondent, v. ILLINOIS SURETY CO., Appellant, et al. (Supreme Court, Appellate Division, First Department. June 10, 1910.) Action by Vincenzo Tomanello against the Illinois Surety Company, impleaded. S. Callaghan, for appellant. Palmieri & Wechsler, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

TONKIN, Respondent, v. ROLLO et al., Appellants. (Supreme Court, Appellate Division, Second Department. May 6, 1910.) Action by William Tonkin against James Rollo and another. No opinion. Judgment of the Municipal Court reversed, and new trial ordered, without costs, upon the ground that there is no evidence of the value of plaintiff's services.

In re TONKONOGY. (Supreme Court, Appellate Division, Second Department. April 29, 1910.) In the matter of the application of George Tonkonogy for license and admission to practice as an official examiner of title. No opinion. Application withdrawn.

TOWER MFG. & NOVELTY CO., Respondent, v. METROPOLITAN EXPRESS CO., Appellant. (Supreme Court, Appellate Division, First Department. April 22, 1910.) Action by the Tower Manufacturing & Novelty Company against the Metropolitan Express Company. E. L. Richards, for appellant. H. H. Williams, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

TOWN OF IRONDEQUOIT, Respondent, v. COSTICH, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 18,